IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA and )
MARLENE EADY, REVENUE OFFICER of )
the INTERNAL REVENUE SERVICE, )
)
                Petitioner )
vs. )   Case No. 05-2133 DV
)
CEDRIC Z. CHISM, )
)
                Respondent )

## ORDER RESETTING HEARING

It appearing to the Court that the U.S. Marshal has not been able to serve the Respondent with the Petition and Order to Appear and for good cause shown, IT IS THEREFORE

ORDERED that the hearing of this matter shall be continued from May 23, 2005, to the 12th day of July, 2005, commencing at 8:45 a.m. in Courtroom 3 on the 9th Floor of the Clifford Davis Federal Building, 167 N. Main Street, Memphis, TN 38103.

At such hearing, the Court shall consider whether it should order enforcement of the administrative summones of the Internal Revenue Service. If the Respondent opposes judicial enforcement of such summonses, he may appear at such hearing to present to the Court any cause why the summonses should not be enforced.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

DATED: May 18, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02133 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT