IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MARLENE EADY, REVENUE OFFICER OF the INTERNAL REVENUE SERVICE, )<br><br>Petitioner )<br>v. )<br>CEDRIC Z. CHISM, )<br>Respondent ) | Case No. 05-2133 DV |

### MOTION OF THE UNITED STATES TO RESET HEARING ON PETITION TO ENFORCE IRS SUMMONS

The United States moves the Court for an order resetting the hearing on the Petition to Enforce IRS Summons.

In support of the motion the United States would show the Court that it filed a Petition to Enforce Summons on February 16, 2005. At the request of the Government a hearing on the Petition was set for May 23, 2005, conditioned upon obtaining service of the Petition on the Respondent. The Petition and Order Setting Hearing were delivered to the U.S. Marshal for service on the Respondent. The U.S. Marshal has made efforts to serve the Respondent without success. In the absence of obtaining service on the Respondent, the Court entered an order resetting the hearing on the Petition for July 14, 2005. Since the resetting of the hearing the Marshal and the undersigned have made additional efforts to obtain service on the Respondent without success. The United States seeks an order resetting a hearing on the Petition given the possibility that the Petition may not be served on the Respondent prior to July 14th and the undersigned will be out of the City during the week of July 4th and unable to pursue obtaining

**MOTION GRANTED**
DATE: 7-1-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

service on the Respondent.

          Respectfully submitted,

          TERRELL L. HARRIS
          United States Attorney

By: *[signature]*

      Gary A. Vanasek (BPR 4675)
      Assistant U.S. Attorney
      Suite 811
      200 Jefferson Avenue
      Memphis, TN 38103

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02133 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT