IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 07/10 __ D.C.

05 JUL 11  PM 6:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and MARLENE EADY, REVENUE OFFICER OF the INTERNAL REVENUE SERVICE, | ) ) ) ) ) | |
| Petitioner | ) ) | |
| v. | ) ) | Case No. 05-2133 DV |
| CEDRIC Z. CHISM, | ) ) ) | |
| Respondent | ) | |

ORDER RESETTING HEARING ON
PETITION TO ENFORCE IRS SUMMONS

Upon motion of the United States for an order resetting the hearing on the Petition to Enforce IRS Summons and for good cause shown, IT IS THEREFORE

ORDERED that the hearing of this matter shall be continued from July 12, 2005, to the __13__ day of __September__, 2005, commencing at __8:45__ A.m. in Courtroom 3 on the 9th Floor of the Clifford Davis Federal Building, 167 N. Main Street, Memphis, Tennessee.

At such hearing, the Court shall consider whether it should order enforcement of the administrative summons of the Internal Revenue Service. If the Respondent opposes judicial enforcement of such summons, he may appear at such hearing to present to the Court any cause why the summons should not be enforced.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

DATED: July 8, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02133 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT